# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161985(19)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEREK ZINK,
          Plaintiff-Appellee,
and

SOUTHEAST MICHIGAN SURGICAL
HOSPITAL, LLC, MEDICAL
REHABILITATION PHYSICIANS,
PLC, doing business as MICHIGAN
SPINE AND PAIN, PLLC, and THERAPY
UNLIMITED, LLC,
          Intervening Plaintiffs,

v

XUEHAN KONG,
          Defendant,
and

FCA US, LLC, and ZURICH AMERICAN
INSURANCE COMPANY,
          Defendants-Appellants.
_____/

SC: 161985
COA: 353408
Oakland CC:  2018-166537-NI

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED.  The answer submitted on October 22, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020



Clerk